1  FINESTONE HAYES LLP
   Jennifer C. Hayes (Bar No. 197252)
2  jhayes@fhlawllp.com
   456 Montgomery Street, 20th Floor
3  San Francisco, California 94104
   Telephone:   (415) 616-0466
4  Facsimile:   (415) 398-2820

5  QUINN EMANUEL URQUHART & SULLIVAN, LLP
   Anthony P. Alden (Bar No. 232220)
6  anthonyalden@quinnemanuel.com
   865 South Figueroa Street, 10th Floor
7  Los Angeles, California  90017-2543
   Telephone:   (213) 443-3000
8  Facsimile:   (213) 443-3100

9  Attorneys for Plaintiff ResCap Liquidating Trust

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| RESCAP LIQUIDATING TRUST,<br><br>Plaintiff,<br><br>vs.<br><br>FIRST CALIFORNIA MORTGAGE COMPANY; CHRISTOPHER HART; DENNIS HART; ELIZABETH HART-ARMSTRONG; DAVID ARMSTRONG; SEAGULL SERVICES, LLC; FIRST CALIFORNIA LENDING SOLUTIONS; HART FAMILY FOUNDATION; D.M.H. FAMILY LIMITED PARTNERSHIP; and TIVOLI ASSET MANAGEMENT, INC.,<br><br>Defendants. | Case No. 18-cv-03283-WHO<br><br>**STIPULATION FOR ENTRY OF ORDER RE BRIEFING SCHEDULE ON MOTION TO DISMISS** |

Pursuant to Civil Local Rules 6-1(b) and 6-2, ResCap Liquidating Trust ("Plaintiff") and counsel for Defendants Christopher Hart, Dennis Hart, Elizabeth Hart-Armstrong, David Armstrong, Seagull Services, LLC, First California Lending Solutions, Hart Family Foundation, D.M.H. Family Limited Partnership, and Tivoli Asset Management, Inc. (collectively, the

1  "Defendants") hereby file their Stipulation for Entry of Order Re Briefing Schedule on Motion to
2  Dismiss:

### RECITALS

A. On July 30, 2018, the Defendants filed a Motion to Partially Dismiss the Complaint. (Dkt. #20) (the "Motion to Dismiss").

B. Pursuant to Civil Local Rule 7-3, the deadline for Plaintiff to file its opposition to the Motion to Dismiss is August 13, 2018, and the deadline for Defendants to file their reply is August 20, 2018.

C. A hearing on the Motion to Dismiss is scheduled for September 12, 2018 at 2:00 p.m.

D. Subject to approval of the Court, the parties have agreed to extend the opposition brief filing deadline to August 17, 2018 and the reply brief filing deadline to August 24, 2018.

### STIPULATION

1. The above recitals are incorporated herein by reference.

2. Subject to approval by the Court, the deadline for Plaintiff to file opposition to the Motion to Dismiss is August 17, 2018.

3. Subject to approval by the Court, the deadline for the Defendants to file a reply in support of the Motion to Dismiss is August 24, 2018.

DATED: August 3, 2018                    FINESTONE HAYES LLP


                                         By: *Jennifer C. Hayes*
                                             Jennifer C. Hayes



                                         QUINN EMANUEL URQUHART &
                                         SULLIVAN LLP
                                         Anthony P. Alden

                                         Attorneys for Plaintiff ResCap Liquidating
                                         Trust

| | |
|---|---|
| DATED: August 3, 2018 | STEYER LOWENTHAL BOODROOKAS ALVAREZ & SMITH LLP |
| | By: *Edward E. Smith* |
| | Edward Egan Smith |

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: August 7, 2018

_____
UNITED STATES DISTRICT JUDGE