FINESTONE HAYES LLP
Jennifer C. Hayes (Bar No. 197252)
jhayes@fhlawllp.com
456 Montgomery Street, 20th Floor
San Francisco, California 94104
Telephone: (415) 616-0466
Facsimile: (415) 398-2820

QUINN EMANUEL URQUHART & SULLIVAN, LLP
Anthony P. Alden (Bar No. 232220)
anthonyalden@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Plaintiff ResCap Liquidating Trust

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| RESCAP LIQUIDATING TRUST,<br>        Plaintiff,<br><br>vs.<br><br>FIRST CALIFORNIA MORTGAGE COMPANY; CHRISTOPHER HART; DENNIS HART; ELIZABETH HART-ARMSTRONG; DAVID ARMSTRONG; SEAGULL SERVICES, LLC; FIRST CALIFORNIA LENDING SOLUTIONS; HART FAMILY FOUNDATION; D.M.H. FAMILY LIMITED PARTNERSHIP; and TIVOLI ASSET MANAGEMENT, INC.,<br>        Defendants.<br><br>CHRISTOPHER HART; DENNIS HART; ELIZABETH HART-ARMSTRONG; DAVID ARMSTRONG; SEAGULL SERVICES, LLC; FIRST CALIFORNIA LENDING SOLUTIONS; HART FAMILY FOUNDATION; and D.M.H. FAMILY LIMITED PARTNERSHIP,<br>        Counterclaimants,<br><br>vs.<br><br>RESCAP LIQUIDATING TRUST; and FIRST CALIFORNIA MORTGAGE COMPANY,<br>        Counterdefendants. | Case No. 3:18-cv-03283-WHO<br><br>**STIPULATION REGARDING BRIEFING SCHEDULE ON PLAINTIFF'S MOTION TO DISMISS COUNTERCLAIMS, STRIKE ALLEGATIONS CONCERNING CONFIDENTIAL SETTLEMENT COMMUNICATIONS, AND STRIKE AFFIRMATIVE DEFENSES [DKT NO. 45]** |

Pursuant to Civil Local Rules 6-1(b) and 6-2, ResCap Liquidating Trust ("Plaintiff"); Defendants Christopher Hart; Dennis Hart; Elizabeth Hart-Armstrong; David Armstrong; Seagull Services, LLC; First California Lending Solutions; Hart Family Foundation; D.M.H. Family Limited Partnership (collectively, "Counterclaimants"); Defendant Tivoli Asset Management (together with Counterclaimants, the "non-FCMC Defendants"), and Defendant First California Mortgage Company (individually, "FCMC," and together with the non-FCMC Defendants, "Defendants") hereby file their Stipulation Regarding Briefing Schedule on Plaintiff's Motion to Dismiss Counterclaims, Strike Allegations Concerning Confidential Settlement Communications, and Strike Affirmative Defenses (Dkt. No. 45):

**RECITALS**

A. On July 19, 2018, FCMC filed an Answer to Plaintiff's Complaint (Dkt. No. 18).

B. On November 15, 2018, the non-FCMC Defendants filed an Answer to Plaintiff's Complaint (Dkt. No. 42), and Counterclaimants filed Counterclaims (Dkt. No. 43).

C. On December 6, 2018, Plaintiff filed a Motion to Dismiss Counterclaims, Stike Allegations Concerning Confidential Settlement Communications, and Strike Affirmative Defenses (Dkt. No. 45) (the "Motion").

D. Pursuant to Civil Local Rule 7-3, the current deadline for Defendants to file an Opposition to the Motion is December 20, 2018, and the current deadline for Plaintiff to file a Reply is December 27, 2018.

E. A hearing on the Motion is currently scheduled for January 23, 2019, at 2:00 p.m.

F. Subject to the Court's approval, the parties have agreed, in light of the Christmas and New Year holidays, to extend the Opposition filing deadline to December 28, 2018, and the Reply filing deadline to January 10, 2019.

G. The parties previously stipulated to extend the briefing schedule for the non-FCMC Defendants' Motion to Partially Dismiss the Complaint (Dkt. No. 22), and the Court so-ordered that stipulation (Dkt. No. 24). The parties also stipulated to continue the Initial Case Management Conference to the same date as the hearing on the non-FCMC Defendants' Motion to Dismiss (Dkt. Nos. 30 and 31), and the Court so-ordered that stipulation (Dkt. No. 33).

1    H.    Modification of the briefing schedule for the Plaintiff's Motion would not affect the
2 January 23, 2019 hearing on the Motion or any other currently scheduled dates in the case.

**STIPULATION**

Subject to the Court's approval, the deadline for Defendants to file an Opposition to the Motion shall be December 28, 2018, and the deadline for Plaintiff to file a Reply in support of the Motion shall be January 10, 2019.

DATED: December 11, 2018                FINESTONE HAYES LLP


By: *Jennifer C. Hayes*
    Jennifer Hayes


QUINN EMANUEL URQUHART &
SULLIVAN LLP
Anthony P. Alden

Attorneys for Plaintiff ResCap Liquidating Trust


DATED: December 7, 2018                STEYER LOWENTHAL BOODROOKAS
                                       ALVAREZ & SMITH LLP


By: *Edward Egan Smith*
    Edward Egan Smith


Attorneys for Defendant Christopher Hart, Dennis Hart; Elizabeth Hart-Armstrong, David Armstrong, Seagull Services, LLC, First California Lending Solutions, Hart Family Foundation, D.M.H. Family Limited Partnership, and Tivoli Asset Management

DATED: December    , 2018            SCHEER LAW GROUP, LLC


                                     By: *Spencer P. Scheer*
                                         Spencer P. Scheer


                                     Attorneys for Defendant First California
                                     Mortgage Company

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: December 18, 2018

                                     _____
                                         William H. Orrick
                                     UNITED STATES DISTRICT JUDGE