Jeffrey H. Lowenthal (State Bar No. 111763)
Edward Egan Smith (State Bar No. 169792)
Dana M. Andreoli (State Bar No. 262068)
STEYER LOWENTHAL BOODROOKAS
 ALVAREZ & SMITH LLP
235 Pine Street, 15th Floor
San Francisco, California 94104
Telephone:   (415) 421-3400
Facsimile:    (415) 421-2234
E-mail:       jlowenthal@steyerlaw.com
              esmith@steyerlaw.com
              dandreoli@steyerlaw.com

Attorneys for Defendants
FIRST CALIFORNIA MORTGAGE COMPANY;
CHRISTOPHER HART; DENNIS HART; ELIZABETH
HART-ARMSTRONG; DAVID ARMSTRONG; SEAGULL
SERVICES, LLC; FIRST CALIFORNIA LENDING
SOLUTIONS; HART FAMILY FOUNDATION; D.M.H.
FAMILY LIMITED PARTNERSHIP; and TIVOLI ASSET
MANAGEMENT, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| RESCAP LIQUIDATING TRUST, | Case No. 3:18-cv-03283-WHO |
| Plaintiff, | Hon. William H. Orrick |
| v. | **ORDER SHORTENING TIME TO ADVANCE HEARING ON (1) MOTION OF ATTORNEYS TO WITHDRAW AS COUNSEL FOR DEFENDANTS AND (2) MOTION FOR ENTRY OF STAY OF THIS ACTION** |
| FIRST CALIFORNIA MORTGAGE COMPANY; CHRISTOPHER HART; DENNIS HART; ELIZABETH HART-ARMSTRONG; DAVID ARMSTRONG; SEAGULL SERVICES, LLC; FIRST CALIFORNIA LENDING SOLUTIONS; HART FAMILY FOUNDATION; D.M.H. FAMILY LIMITED PARTNERSHIP; and TIVOLI ASSET MANAGEMENT, INC., | |
| Defendants. | |
| AND RELATED CROSS-ACTION(S). | |

1    Attorneys Jeffrey H. Lowenthal, Edward Egan Smith, Dana M. Andreoli and the law firm of Steyer Lowenthal Boodrookas Alvarez & Smith LLP (collectively "Attorneys") filed a motion pursuant to Local Rule 6-3 for an order shortening time in order to advance the hearing on Attorneys' motion for (1) an order granting Attorneys leave to withdraw as counsel for Defendants First California Mortgage Company; Christopher Hart; Dennis Hart; Elizabeth Hart-Armstrong; David Armstrong; Seagull Services, LLC; First California Lending Solutions; Hart Family Foundation; D.M.H. Family Limited Partnership; and Tivoli Asset Management, Inc. (collectively "Defendants"); and (2) an order imposing a brief 45-day stay of this action to permit an orderly withdrawal of Attorneys and Defendants' appointment of new independent counsel. The Court having reviewed the motion for an order shortening time, and good cause appearing therefore, IT IS HEREBY ORDERED that,

Attorneys' motion for an order shortening time is GRANTED as follows:

The motion (1) for an order granting Attorneys leave to withdraw as counsel for Defendants; and (2) for an order imposing a 45-day stay of this action shall be advanced for hearing from June 5, 2019 and shall now be heard on May 8, 2019, at 2:00 p.m., on Courtroom 2, 17th Floor, 450 Golden Gate Avenue, San Francisco, CA 94102. The case management conference set for May 7, 2019 continued to May 8, 2019 as well to coincide with the motion hearing. Any opposition shall be filed and served by ECF, email or hand delivery no later than May 1, 2019, and any reply shall be filed and served by ECF, email or hand delivery no later than 10:00 a.m. PT on May 6, 2019.

Attorneys shall serve this motion on Defendants immediately and file a proof service of this Order on Defendants no later than April 30, 2019.

Dated: April 26, 2019

_____
William H. Orrick
United States District Judge

---

1
ORDER SHORTENING TIME TO ADVANCE HEARING ON (1) MOTION OF ATTORNEYS TO WITHDRAW AS COUNSEL FOR DEFENDANTS AND (2) MOTION FOR ENTRY OF STAY OF THIS ACTION
CASE NO. 3:18-CV-03283-WHO
1707853.2 - HART.FIRSTCALIFORNIA