UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RESCAP LIQUIDATING TRUST,<br><br>        Plaintiff,<br><br>    v.<br><br>FIRST CALIFORNIA MORTGAGE COMPANY, et al.,<br><br>        Defendants. | Case No. 18-cv-03283-WHO<br><br>**ORDER STAYING CASE PENDING SETTLEMENT** |

On October 3, 2019, a settlement conference was held before Chief Magistrate Judge Joseph C. Spero. Dkt. No. 137. Pursuant to settlement conference, parties request I stay all proceedings until March 15, 2020. Parties' request is hereby GRANTED. The Case Management Conference set for October 22, 2019, shall be continued to March 31, 2020 at 2:00 p.m.

**IT IS SO ORDERED.**

Dated: October 4, 2019



William H. Orrick
United States District Judge