GORDON C. ATKINSON (122401)
CRAIG C. DANIEL (212588)
JUSTIN SOWA (305002)
GLUCK DANIEL LLP
One Sansome Street, Suite 720
San Francisco, CA 94104
Telephone    415-510-2114
Facsimile     415-510-2208
Email          litigation@gluckdaniel.com

Attorneys for Defendants,
FIRST CALIFORNIA MORTGAGE COMPANY;
CHRISTOPHER HART; DENNIS HART;
ELIZABETH HART-ARMSTRONG; DAVID
ARMSTRONG; SEAGULL SERVICES, LLC;
FIRST CALIFORNIA LENDIG SOLUTIONS;
HART FAMILY FOUNDATION;
D.M.H. FAMILY LIMITED PARTNERSHIP;
and TIVOLI ASSET MANAGEMENT, INC.

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RESCAP LIQUIDATING TRUST,<br><br>          Plaintiff,<br><br>vs.<br><br>FIRST CALIFORNIA MORTGAGE COMPANY; CHRISTOPHER HART, INDIVIDUALLY AND AS TRUSTEE OF THE CHRISTOPHER K. HART 1997 REVOCABLE TRUST UAD 12/23/1997; DENNIS HART, INDIVIDUALLY AND AS TRUSTEE OF THE HART FAMILY 1996 TRUST AUD 04/02/1996; ELIZABETH HART-ARMSTRONG, INDIVIDUALLY AND AS TRUSTEE OF THE ELIZABETH A. HART 1997 REVOCABLE TRUST UAD 10/15/1997; DAVID ARMSTRONG; SEAGULL SERVICES, LLC; FIRST CALIFORNIA LENDING SOLUTIONS; HART FAMILY FOUNDATION; D.M.H. FAMILY LIMITED PARTNERSHIP; and TIVOLI ASSET MANAGEMENT, INC.,<br><br>          Defendants. | Court File No. 18-cv-03283 (WHO)<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

Case No. 3:18-cv-03283-WHO (JSC)
STIPULATION OF DISMISSAL WITH PREJUDICE

The parties, by and through their undersigned counsel, hereby stipulate that this action is and shall be dismissed in its entirety with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), with each party to bear its own attorneys' fees, costs, and expenses.

Dated: March 20, 2020 _____

| FINESTONE HAYES LLP | QUINN EMANUEL URQUHART & SULLIVAN, LLP |
|---|---|
| By: __/s/ Jennifer C. Hayes__<br>Jennifer C. Hayes (Bar No. 197252)<br>456 Montgomery Street, 20th Floor<br>San Francisco, California 94104<br>Telephone: (415) 616-0466<br>Facsimile: (415) 398-2820<br>Email: jhayes@fhlawllp.com | By: __/s/ Anthony P. Alden__<br>Anthony P. Alden (Bar No. 232220)<br>865 South Figueroa Street, 10th Floor<br>Telephone: (213) 443-3000<br>Facsimile: (213) 443-3100<br>Email: anthonyalden@quinnemanuel.com |

*Attorneys for Plaintiff ResCap Liquidating Trust*

GLUCK DANIEL LLP

By: __/s/ Craig C. Daniel__
Gordon C. Atkinson (Bar No. 122401)
Craig C. Daniel (Bar No. 212588)
Justin Sowa (Bar No. 305002)
One Sansome Street, Suite 720
San Francisco, California 94104 Telephone: (415) 510-2114
Facsimile: (415) 510-2208
Email: litigation@gluckdaniel.com

*Attorneys for Defendants First California Mortgage Company; Christopher K. Hart, Individually and as Trustee of the Christopher K. Hart 1997 Revocable Trust UAD 12/23/1997; Dennis Hart, Individually and as Trustee of The Hart Family 1996 Trust UAD 04/02/1996; Elizabeth Hart-Armstrong, individually and as Trustee of The Elizabeth A. Hart 1997 Revocable Trust UAD 10/15/1997; David Armstrong; Seagull Services, LLC, First California Lending Solutions, Hart Family Foundation, D.M.H. Family Limited Partnership, and Tivoli Asset Management, Inc.*